No. 89–1321. BORN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–1346. AUTOMOBILE CLUB OF NEW YORK, INC., ET AL. v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1364. RICHARDSON v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1383. GRAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–1398. GEORGE v. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–1420. WEINER v. DOUBLEDAY & CO., INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 89–1438. MOUNT WASHINGTON CEMETERY ET AL. v. MONUMENT BUILDERS OF GREATER KANSAS CITY, INC. C. A. 10th Cir. Certiorari denied.

No. 89–1441. INNOTRON DIAGNOSTICS v. ABBOTT LABORATORIES. C. A. 9th Cir. Certiorari denied.

No. 89–1442. SAVE OUR STREAMS v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 89–1443. HAWLEY, INDIVIDUALLY AND AS NEXT FRIEND FOR HAWLEY, A MINOR v. KENDALL ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–1455. TRAGER, GLASS & CO. v. NEWMYER ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1456. PLUMBERS' PENSION FUND, LOCAL 130, U. A., ET AL. v. NIEDRICH ET UX. C. A. 7th Cir. Certiorari denied.

No. 89–1460. LEBBOS v. SAN JOSE MUNICIPAL COURT. Sup. Ct. Cal. Certiorari denied.